WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00106-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 ("U.S. Bank"), Defendant, Thunder Properties, Inc. ("Thunder"), and Defendant, Woodland Village Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On March 29, 2018, U.S. Bank filed its Motion for Summary Judgment against Thunder

1 and HOA [ECF No. 29] (the "Motion"). On April 18, 2018, Thunder filed its Opposition to the
2 Motion [ECF No. 30]. HOA filed its Response to the Motion on April 20, 2018 [ECF No. 32].
3      Presently, U.S. Bank's deadline to file its reply to Thunder's Opposition is May 2, 2018,
4 while the last day for U.S. Bank to file its reply to HOA's Response is May 4, 2018.
5      The Parties have discussed extending the deadline for U.S. Bank to file its replies by two
6 weeks to May 16, 2018, and May 18, 2018, respectively. This is the first stipulation for extension
7 of time for U.S. Bank to file its replies in support of its Motion for Summary Judgment. The
8 extension is requested in good faith and is not for purposes of delay or prejudice to any other
9 party.
10 /././
11 /././
12 /././
13 /././
14 /././
15 /././
16 /././
17 /././
18 /././
19 /././
20 /././
21 /././
22 /././
23 /././
24 /././
25 /././
26 /././
27 /././
28 /././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file its reply to Thunder's Opposition shall be extended by two weeks to May 16, 2018. IT IS FURTHER STIPULATED that the deadline for U.S. Bank to file its reply to HOA's Response shall be shall be extended by two weeks to May 18, 2018.

DATED this 27th day of April, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3*

DATED this 27th day of April, 2018.
TYSON & MENDES LLP

*/s/ Margaret E. Schmidt*
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
8275 South Eastern Avenue, Suite 115
Las Vegas, Nevada 89123
*Attorneys for Defendant Woodland Village Homeowners Association*

DATED this 27th day of April, 2018.
ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Timothy E. Rhoda*
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Defendant, Thunder Properties, Inc.*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 30th day of April, 2018.

_____
U.S. DISTRICT JUDGE