ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No. 3:17-cv-00106-MMD-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR RECONSIDERATION**
**(Second Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. (*"Thunder"*), and Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11 (*"US Bank"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On February 6, 2019, Thunder filed a Motion for Reconsideration herein [ECF

Page 1 of 4

17270 Posy Lake

#40].

2. On February 8, 2019, US Bank filed its Response to Said Motion [ECF #41].

3. On February 15, 2019, the Parties stipulated to extend the deadline for Thunder's Reply to be filed on or before on March 1, 2019. This Court granted this extension request on February 20, 2019 [ECF #44].

4. Thunder's counsel has been required to be out of the office this week in order to comply with a Jury Duty Summons. As a result, Thunder's counsel has requested a second extension of time in which to file its Reply Brief.

5. Thunder shall be granted an extension of time in which to file its Reply Brief until March 15, 2019.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this   1st   day of March, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

WRIGHT FINLAY & ZAK, LLP

/s/ *Timothy Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

/s/ *Robert Riether*
ROBERT A RIETHER, ESQ.
Nevada Bar No. 12076
7785 W. Sahara Ave, Ste 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
rriether@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated:  March 1, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____1st____ day of March, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO OPPOSITION TO MOTION FOR RECONSIDERATION (Second Request) to the following parties:

John S. Dolembo
Wright Finlay & Zak
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
702-475-7964
sdolembo@wrightlegal.net
Attorney for Plaintiff
U.S. Bank National Association

Edgar C Smith
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
esmith@wrightlegal.net
Attorney for Plaintiff
U.S. Bank National Association

Christina Miller
Wright, Finlay & Zak
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
cmiller@wrightlegal.net
Attorney for Plaintiff
U.S. Bank National Association

Krista Nielson
WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, STE 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
knielson@wrightlegal.net
Attorney for Plaintiff
U.S. Bank National

17270 Posy Lake

| | |
|---|---|
| 1 | Robert A Riether |
| | WRIGHT FINLAY & ZAK, LLP |
| 2 | 7785 W. SAHARA AVE, STE 200 |
| | Las Vegas, NV 89117 |
| 3 | 702-475-7964 |
| | 702-946-1345 (fax) |
| 4 | rriether@wrightlegal.net |
| | Attorney for Plaintiff |
| 5 | U.S. Bank National Association |
| | |
| 6 | Thomas E. McGrath |
| | Tyson & Mendes, LLP |
| 7 | 3960 Howard Hughes Parkway |
| | Suite 600 |
| 8 | Las Vegas, NV 89169 |
| | 702-724-2648 |
| 9 | 702-938-1048 (fax) |
| | tmcgrath@tysonmendes.com |
| 10 | Attorney for Defendant |
| | Woodland Village Homeowners |
| 11 | Association |
| | |
| 12 | Christopher Ammon Lund |
| | Tyson & Mendes LLP |
| 13 | 3960 Howard Hughes Parkway |
| | Suite 600 |
| 14 | Las Vegas, NV 89169 |
| | 702-724-2648 |
| 15 | 702-938-1048 (fax) |
| | clund@tysonmendes.com |
| 16 | Attorney for Defendant |
| | Woodland Village Homeowners |
| 17 | Association |
| | |
| 18 | Margaret E Schmidt |
| | Tyson & Mendes LLP |
| 19 | 3960 Howard Hughes Parkway |
| | Suite 600 |
| 20 | Las Vegas, NV 89169 |
| | 702-724-2648 |
| 21 | 702-938-1048 (fax) |
| | mschmidt@tysonmendes.com |
| 22 | Attorney for Defendant |
| | Woodland Village Homeowners |
| 23 | Association |

24
25        /s/ Timothy E. Rhoda
          An employee of ROGER P. CROTEAU &
          ASSOCIATES, LTD.
26
27
28