ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No. 3:17-cv-00106-MMD-WGC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC. (*"Thunder"*), and Plaintiff, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11 (*"US Bank"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 29, 2019, US Bank filed a Renewed Motion for Summary Judgment

herein [ECF #55]. Thunder's Opposition is presently due on June 18, 2019.

2. As a result of numerous other pending work and personal obligations, Thunder's counsel has requested an extension of time in which to file its Opposition.

3. Thunder shall be granted an extension of time in which to file its Opposition to the Renewed Motion for Summary Judgment until June 28, 2019.

4. US Bank shall have an extension of time in which to file any Reply until July 12, 2019.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___18th___ day of June, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

WRIGHT FINLAY & ZAK, LLP

/s/ Krista J. Nielson
KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
7785 W. Sahara Ave, Ste 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
knielson@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: June 21, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___18th___ day of June, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

John S. Dolembo
Wright Finlay & Zak
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
702-475-7964
sdolembo@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

Edgar C Smith
Wright Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
esmith@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

Christina Miller
Wright, Finlay & Zak
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
cmiller@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

Krista Nielson
WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, STE 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
knielson@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

Robert A Riether
WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, STE 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
rriether@wrightlegal.net
*Attorney for Plaintiff*
*U.S. Bank National Association*

Thomas E. McGrath
Tyson & Mendes, LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
tmcgrath@tysonmendes.com
*Attorney for Defendant*
*Woodland Village Homeowners Association*

Christopher Ammon Lund
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
clund@tysonmendes.com
*Attorney for Defendant*
*Woodland Village Homeowners Association*

Margaret E Schmidt
Tyson & Mendes LLP
3960 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-724-2648
702-938-1048 (fax)
mschmidt@tysonmendes.com
*Attorney for Defendant*
*Woodland Village Homeowners Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

17270 Posy Lake