1  WRIGHT, FINLAY & ZAK, LLP
   R. Samuel Ehlers, Esq.
2  Nevada Bar No. 9313
3  Krista J. Nielson, Esq.
   Nevada Bar No. 10698
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
6  knielson@wrightlegal.net
   *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to*
7  *Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-*
   *Backed Certificates, Series 2005-11*
8

9  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
10

| | |
|---|---|
| 11  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00106-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO WOODLAND VILLAGE HOMEOWNERS ASSOCIATION'S LIMITED OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 57)** |

   Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 ("U.S. Bank"), and Defendant, Woodland Village Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

   On May 28, 2019, U.S. Bank filed its Renewed Motion for Summary Judgment [ECF No.

54] ("Motion"). HOA opposed U.S. Bank's Motion on June 18, 2019 [ECF No. 57] (the "Limited Opposition"). Presently, U.S. Bank's reply to HOA's Limited Opposition is due July 2, 2019. Defendant, Thunder Properties, Inc. ("Thunder"), has not yet filed a response to U.S. Bank's Motion, but U.S. Bank and Thunder stipulated to set the deadline for U.S. Bank's to file its reply to Thunder's forthcoming opposition as July 12, 2019 [ECF No. 56].

In the interest of judicial economy, the Parties have discussed extending the deadline for U.S. Bank to file its reply to HOA's Limited Opposition to July 12, 2019. This is the first stipulation for extension of time of the deadline for U.S. Bank to file a reply to HOA's Limited Opposition. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file a reply in support of its Renewed Motion for Summary Judgment [ECF No. 54] to HOA's Limited Opposition [ECF No. 57] shall be extended to July 12, 2019.

| | |
|---|---|
| DATED this 27th day of June, 2019.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Krista J. Nielson, Esq.*<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11* | DATED this 27th day of June, 2019.<br>TYSON & MENDES LLP<br><br>*/s/ Margaret E. Schmidt, Esq.*<br>Thomas E. McGrath, Esq.<br>Nevada Bar No. 7086<br>Margaret E. Schmidt, Esq.<br>Nevada Bar No. 12489<br>3960 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant, Woodland Village Homeowners Association* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 28, 2019