WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00106-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES TO WOODLAND VILLAGE HOMEOWNERS ASSOCIATION'S LIMITED OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 57) AND THUNDER PROPERTIES, INC.'S OPPOSITION TO RENEWED MOTION FOR SUMMARY JUDGMENT (ECF NO. 61)**<br><br>**(SECOND REQUEST)** |

Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 ("U.S. Bank"), Defendant, Thunder Properties, Inc. ("Thunder"), and Defendant, Woodland Village Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, U.S. Bank filed its Renewed Motion for Summary Judgment [ECF No.

54] ("Motion"). HOA opposed U.S. Bank's Motion on June 18, 2019 [ECF No. 57] ("HOA's Opposition"). Thunder filed its Opposition to U.S. Bank's Motion on June 28, 2019 [ECF No. 61] ("Thunder's Opposition.")

Previously, U.S. Bank and Thunder stipulated to a deadline of July 12, 2019 for U.S. Bank's reply to Thunder's Opposition [ECF No. 56]. On June 27, 2019, U.S. Bank and HOA stipulated to extend the deadline for U.S. Bank reply to HOA's Opposition to July 12, 2019 [ECF No. 59].

Due to Plaintiff's counsel's schedule the week of July 8, 2019, the Parties have discussed extending the deadline for U.S. Bank to file its replies to HOA's Opposition and Thunder's Opposition to July 26, 2019. This is the second stipulation for extension of time of the deadline for U.S. Bank to file replies to HOA's Opposition and Thunder's Opposition. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for U.S. Bank to file replies in support of its Renewed Motion for Summary Judgment [ECF No. 54] to HOA's Opposition [ECF No. 57] and Thunder's Opposition [ECF No. 61] shall be extended to July 26, 2019.

| | |
|---|---|
| DATED this 11th day of July, 2019. | DATED this 11th day of July, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | TYSON & MENDES LLP |
| */s/ Krista J. Nielson, Esq.* | */s/ Margaret E. Schmidt, Esq.* |
| R. Samuel Ehlers, Esq. | Thomas E. McGrath, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 7086 |
| Krista J. Nielson, Esq. | Margaret E. Schmidt, Esq. |
| Nevada Bar No. 10698 | Nevada Bar No. 12489 |
| 7785 W. Sahara Avenue, Suite 200 | 3960 Howard Hughes Parkway, Suite 600 |
| Las Vegas, Nevada 89117 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11* | *Attorneys for Defendant, Woodland Village Homeowners Association* |

DATED this 11th day of July, 2019.
ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Timothy E. Rhoda, Esq.*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Defendant, Thunder Properties, Inc.*

The deadline for U.S. Bank to file replies in support of its Renewed Motion for Summary Judgment [ECF No. 54] to HOA's Opposition [ECF No. 57] and Thunder's Opposition [ECF No. 61] shall be extended to July 26, 2019.

IT IS SO ORDERED.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: July 11, 2019