WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11, <br><br> Plaintiff, <br><br> vs. <br><br> THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 3:17-cv-00106-MMD-WGC <br><br> **ORDER GRANTING WITHDRAWAL OF COUNSEL** |

Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 (hereinafter referred to as "Plaintiff"), by and through its attorney of record of the law firm of Wright, Finlay & Zak, LLP, hereby gives notice that Krista J. Nielson, Esq. and John S. Dolembo, Esq. are no longer attorneys associated with Wright, Finlay

///

& Zak, LLP. Wright, Finlay & Zak, LLP, will continue to represent Plaintiff and request that Dana Jonathon Nitz, Esq. receive all future notices.

DATED this 30th day of July, 2019.

>WRIGHT, FINLAY & ZAK, LLP
>
> */s/ Dana Jonathon Nitz, Esq.*
> Dana Jonathon Nitz, Esq.
> Nevada Bar No. 50
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, NV 89117
> *Attorney for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

IT IS SO ORDERED.

DATED: July 31, 2019.

_____
UNITED STATES MAGISTRATE JUDGE