WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 50
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR-IN-INTEREST TO WACHOVIA BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-11, ASSET-BACKED CERTIFICATES, SERIES 2005-11, <br><br> Plaintiff, <br><br> vs. <br><br> THUNDER PROPERTIES, INC.; WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; and HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 3:17-cv-00106-MMD-WGC <br><br> **ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11 by and through its attorney of record, Dana Jonathon Nitz, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Edgar C. Smith, Esq.; R. Samuel Ehlers, Esq.; Robert A. Riether, Esq.; and Christina V. Miller, Esq. ("Previous Attorneys") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Dana Jonathon Nitz, Esq. Subsequent filings

have been made and Previous Attorneys are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorneys receive notice of the ongoing proceedings.

Accordingly, the undersigned counsel requests that Edgar C. Smith, Esq.; R. Samuel Ehlers, Esq.; Robert A. Riether, Esq.; and Christina V. Miller, Esq. be removed from the Service List in this matter.

DATED this 30th day of July, 2019.

                WRIGHT, FINLAY & ZAK, LLP

                */s/ Dana Jonathon Nitz, Esq.*
                Dana Jonathon Nitz, Esq.
                Nevada Bar No. 50
                7785 W. Sahara Ave., Suite 200
                Las Vegas, NV 89117
                *Attorney for Plaintiff, U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank National Association, as Trustee for GSAA Home Equity Trust 2005-11, Asset-Backed Certificates, Series 2005-11*

IT IS SO ORDERED.

DATED: July 31, 2019.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE